```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 01083
   PHYLLIS TRAMMELL
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-5710


--------------------------------------------------------------------------
           TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/18/2008 and was confirmed 04/02/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was completed - no discharge 11/10/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG  NOTICE ONLY     NOT FILED           .00            .00
NORDSTROM FSB             UNSEC W/INTER     189.67           3.66         189.67
WELLS FARGO HOME MORTGAG  CURRENT MORTG        .00            .00            .00
WELLS FARGO HOME MORTGAG  SECURED NOT I        .00            .00            .00
AMERICAN EXPRESS CENTURI  UNSEC W/INTER    1246.05          23.60        1246.05
ANN TAYLOR                UNSEC W/INTER  NOT FILED            .00            .00
CAPITAL ONE BANK          UNSEC W/INTER  NOT FILED            .00            .00
CPS ALLRIGHT              UNSEC W/INTER  NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER  NOT FILED            .00            .00
MICHAEL S WELZIEN         NOTICE ONLY    NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     199.57           3.86         199.57
TARGET                    UNSEC W/INTER  NOT FILED            .00            .00
WELLS FARGO HOME MORTGAG  COST OF COLLE     250.00            .00         250.00
LEGAL HELPERS PC          DEBTOR ATTY         .00                            .00
TOM VAUGHN                TRUSTEE                                         166.65
DEBTOR REFUND             REFUND                                          946.94

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               3,030.00

PRIORITY                                          .00
SECURED                                        250.00
UNSECURED                                    1,635.29
    INTEREST                                    31.12
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           166.65
DEBTOR REFUND                                  946.94
                      --------------        --------------
TOTALS                3,030.00               3,030.00

               PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 01083 PHYLLIS TRAMMELL
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/03/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```